ED. SLOAN, Plaintiff, v. J. K. JOHNSON, Judge, Defendant.

**Liquor Nuisance:** INJUNCTION: CONTEMPT.

*Certiorari to Mahaska District Court.*—HON. J. K. JOHNSON, Judge.

THURSDAY, OCTOBER 20, 1892.

CERTIORARI to the defendant, as judge of the sixth judicial district of Iowa, to test the validity of his action in a proceeding for contempt. *Affirmed.*

*Liston McMillen,* for plaintiff.

*Byron W. Preston,* for defendant.

GRANGER, J.—The questions in this case are all well considered and ruled adversely to the plaintiff in *Stommel v. Timbrel,* and in *McGlasson v. Johnson, ante,* page 477, and, following these cases, the judgment is AFFIRMED.